# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mary Jane Duchene

Case No. Civil 00-745 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Korine Larson Land, Kevin Finnegan, Mike Bisanz, Terry Maruska, Mike Smith, Chief Cook, Tom Iago, Jeffrey Batzel, J. Allbee, Tom Fangel, Jim Hously, all personally and professionally; and the City of West St. Paul

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied;

2. This action is dismissed with prejudice pursuant to 28 USC 1915(e)(2)(B)(ii); and

3. This action is certified as not undertaken in good faith for purposes of 28 U.S.C. 1915(a)(3).

DATE: May 10, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

7